# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 1:09-cv-02809-REB-CBS

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

VIOSOFTWARE CORPORATION, a Colorado corporation, d/b/a VIOSOFTWARE, WWW.VIOSOFTWARE.COM and VIOSOFTWARE, LLC;

WARREN DO, an individual; and

JOHN DOES 1-5,

    Defendants.

## PERMANENT INJUNCTION

The Court having considered the Stipulation for Permanent Injunction filed by Plaintiff MICROSOFT CORPORATION ("Microsoft") and Defendants ROYAL DISTRIBUTION, INC. d/b/a ROYAL DISCOUNT and WWW.ROYALDISCOUNT.COM and KATRINA JOHNSON, f/k/a KATRINA SNOWDEN (collectively, Defendants), and having reviewed the files and records herein, the Court hereby enters the following:

1

## **PERMANENT INJUNCTION**

1. Defendants, along with their agents, servants, employees, representatives, successors, and assigns, and all those persons acting at their direction or control, shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from

    (a) engaging in any conduct in violation of the Copyright Act, 17 U.S.C.§ 106 and/or 17 U.S.C. § 602(a) with regard to any copyrighted Microsoft software programs, components, end user license agreements, or any other items protected by Microsoft's copyrights, including, but not limited to, the following Copyright Certificate Registration Numbers:

        (1) TX 5-837-617 ("Microsoft Office 2003");

        (2) TX 5-901-713 ("Microsoft Access 2003");

        (3) TX 5-837-636 ("Microsoft Excel 2003");

        (4) TX 5-900-087 ("Microsoft Outlook 2003");

        (5) TX 5-877-513 ("Microsoft Business Contact Manager for Outlook 2003");

        (6) TX 5-852-649 ("Microsoft PowerPoint 2003");

        (7) TX 5-900-088 ("Microsoft Word 2003");

        (8) TX 5-837-618 ("Microsoft Publisher 2003");

        (9) TX 6-504-552 ("Microsoft Office 2007");

(10) TX 6-524-395 ("Microsoft Access 2007");

(11) TX 6-624-817 ("Microsoft Accounting Professional 2007");

(12) TX 6-524-399 ("Microsoft Excel 2007");

(13) TX 6-524-393 ("Microsoft Outlook 2007 with Business Contact Manager");

(14) TX 6-524-389 ("Microsoft PowerPoint 2007");

(15) TX 6-524-388 ("Microsoft Publisher 2007");

(16) TX 6-524-398 ("Microsoft Word 2007");

(17) TX 6-524-396 ("Microsoft OneNote 2007");

(18) TX 5-811-026 ("Microsoft Windows Server 2003");

(19) TX 7-080-253 ("Microsoft Office Mac 2008"); and

(20) Other items or works protected by Microsoft's copyrights manufactured outside the United States and licensed for exclusive distribution outside the United States;

(b) engaging in any conduct in violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 with regard to Microsoft Product Keys;

(c) engaging in any conduct in violation of the Anti-Counterfeiting Amendments Act of 2004, 18 U.S.C. § 2318 with regard to any counterfeit or illicit Microsoft Certificates of Authenticity or Certificate of Authenticity Labels, or any counterfeit or illicit Microsoft documentation or packaging; and

(d) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a)-(c) above.

2. In any alleged violation of this Injunction, the issue of whether Defendants' conduct constitutes a violation of the Copyright Act shall be determined in accordance with the existing law as interpreted at the time of the alleged violation of the Injunction.

The specific prohibitions and qualifications regarding Defendants' conduct set forth in this Injunction shall not waive or in any way limit Microsoft's rights or abilities to pursue any of its legal remedies, statutory or otherwise, under existing law if Defendants engage in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights, or otherwise violate Microsoft's legal rights.

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement, modify and/or enforce the provisions of this Permanent Injunction. In the event of a change in law that would make any conduct prohibited by this injunction legal or otherwise permissible under law, Defendants may move the Court to vacate or modify the terms of this injunction. Plaintiff and Defendants specifically consent to personal jurisdiction and venue in the United States District Court for District of Colorado.

4. Upon proof of any violations by Defendants of the provisions of this Permanent Injunction, the Court shall be authorized to award damages and other relief therefor, as provided by law.

Dated June 29, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

Respectfully submitted:

| | |
|---|---|
| *s/ John H. Jamnback* | *s/ John R. Mann* |
| John H. Jamnback | John R. Mann |
| Jeremy E. Roller | Matthew M. Linton |
| YARMUTH WILSDON CALFO PLLC | KENNEDY CHILDS & FOGG P.C. |
| 818 Stewart Street, Suite 1400 | 633 17th Street, Suite 2200 |
| Seattle, Washington 98101 | Denver, Colorado 80265 |
| jjamnback@yarmuth.com | jmann@kcfpc.com |
| jroller@yarmuth.com | mlinton@kcfpc.com |
| Phone: (206) 516-3800 | Phone: (303) 825-2700 |
| Fax: (206) 516-3888 | Fax: (303) 825-0434 |
| | |
| Michael A. Sink | John T. Mitchell, Esq. |
| PERKINS COIE LLP | INTERACTION LAW |
| 1899 Wynkoop Street, Suite 700 | 1629 K Street NW, Suite 300 |
| Denver, Colorado 80202-1043 | Washington, DC 20006 |

5

msink@perkinscoie.com

Phone: (303) 291-2300

Fax: (303) 291-2400

*Attorneys for Plaintiff Microsoft Corporation*

john@interactionlaw.com

Telephone: (202) 415-9213

Fax: (202-318-9169

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**John R. Mann:** Attorney(s) for Defendants

**Matthew Linton:** Attorney(s) for Defendants

**John Mitchell:** Attorney(s) for Defendants

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 29th day of June, 2010 at Seattle, Washington.

s/*Shelley Meyer*

Shelley Meyer

Legal Assistant