IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02809-REB-CBS

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

VIOSOFTWARE CORPORATION, a Colorado corporation,
 d/b/a VIOSOFTWARE, WWW.VIOSOFTWARE.COM and VIOSOFTWARE, LLC;
WARREN DO, an individual; and
JOHN DOES 1-5,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Order of Dismissal** [#57] filed June 30, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Order of Dismissal** [#57] filed June 30, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for November 19, 2010, is **VACATED**;

3. That the jury trial set to commence December 13, 2010, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 30, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge